# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Erin Kreho v. City of Chicago

Case Number: 24-7499

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago

Attorney name (type or print): Allan Slagel

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6198470
(See item 3 in instructions)

Telephone Number: (312) 527-4000

Email Address: aslagel@taftlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/21/24

Attorney signature: S/ Allan Slagel
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023